IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUELA CHACON,<br>　*Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| DAVIS & DAVIS TIRE REPAIR AND<br>TRUCK TRANSPORTING, INC.,<br>　*Defendants.* | §<br>§<br>§<br>§ | |

## NOTICE OF REMOVAL

Defendant **DAVIS & DAVIS TIRE REPAIR AND TRUCK TRANSPORTING, INC.** (hereafter "Defendant") files this Notice of Removal for the purpose of removing this cause to the United States District Court for the Northern District of Texas, Dallas Division, and states as follows:

### I.  STATE COURT ACTION

This is an action filed on or about March 21, 2016 in the 298th District Court of Dallas County, Texas, being numbered DC-16-03270.  Suit was filed by Plaintiff Manuela Chacon (hereafter "Chacon") to recover damages arising out of a motor vehicle accident occurring on or about October 16, 2014, in Dallas County, Texas.  Plaintiff alleges damages and seeks monetary relief in excess of $200,000.00.

### II.  FEDERAL JURISDICTION

Plaintiff Manuela Chacon is a citizen of the state of Texas for diversity purposes.

Defendant Davis & Davis Tire Repair and Truck Transporting, Inc. is a citizen of the State of Illinois, where it is incorporated and has its principal place of business.

The amount in controversy is in excess of $75,000, exclusive of interest and costs. There is, therefore, complete diversity of citizenship and a sufficient amount in controversy to confer

jurisdiction on this court pursuant to 28 U.S.C. §1332. The above-described civil action is therefore one that may be removed pursuant to 28 U.S.C. §§1332, 1441, and 1146 and is hereby removed.

### III. STATE COURT DOCUMENTS ATTACHED

This Notice of Removal has been filed within thirty (30) days after receipt through service or otherwise, of Plaintiff's Original Petition, filed in the 298th District Court of Dallas County, Texas. Plaintiff's Original Petition was served on Defendant on April 14, 2016. Removal is therefore timely under 28 U.S.C. §1446(b). Pursuant to 28 U.S.C. § 1446(a), Defendant has filed as the Appendix to this Notice of Removal a complete copy of the State's Court file, including copies of all process, pleadings, orders and the Summary Sheet in the State Court action.

Pursuant to 28 U.S.C. § 1446(d), Defendant will notify the Clerk of the Court in the State Court action of this removal, and will give notice thereof to all adverse parties.

### IV. RELIEF REQUESTED

Defendant Davis & Davis Tire Repair and Truck Transporting, Inc. respectfully requests that Cause No. DC-16-03270 in the 298th District Court of Dallas County, Texas, be removed to the United States District Court for the Northern District of Texas, Dallas Division, and that this Court accept this Notice of Removal and that it assume jurisdiction of this case and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By: */s/Mark J. Dyer*
    **MARK J. DYER**
    State Bar No. 06317500
    dyer@mdjwlaw.com
    **BENJAMIN D. BRITT**
    State Bar No. 24040577
    britt@mdjwlaw.com
    Tollway Plaza I
    16000 N. Dallas Parkway
    Suite 800
    Dallas, Texas 75248
    214-420-5510
    214-420-5501 (fax)

**ATTORNEYS FOR DEFENDANT
DAVIS & DAVIS TIRE REPAIR AND TRUCK TRANSPORTING, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mailed, e-mailed, telecopied or hand delivered to all attorneys of record, in compliance with the FEDERAL RULES OF CIVIL PROCEDURE, on this the 4th day of May, 2016.

*/s/ Mark Dyer*
**Mark J. Dyer**