IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MANUELA CHACON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| **DAVIS & DAVIS TIRE REPAIR AND** | § | |
| **TRUCK TRANSPORTING, INC.,** | § | |
| *Defendants.* | § | |

## SUPPLEMENTAL CIVIL COVER SHEET

1. **State Court Information**

   Cause No. DC-16-03270; 298th District Court, Dallas County, Texas

2. **Style of Case:**

   *Manuela Chacon v. Davis & Davis Tire Repair and Truck Transporting, Inc.*

   Plaintiff:
   Davis & Davis Tire Repair and
   Truck Transporting, Inc.

   Spencer P. Browne
   Lanita S. Morgan
   Reyes Browne Reilley
   5950 Berkshire Lane, Ste. 410
   Dallas, Texas 75225
   (214) 526-7900
   (214) 526-7910
   spencer@reyeslaw.com
   lanita@reyeslaw.com

   Defendant:
   Davis & Davis Tire Repair and
   Truck Transporting, Inc.

   Mark J. Dyer
   State Bar No. 06317500
   Benjamin D. Britt
   State Bar No. 24040577
   Martin, Disiere, Jefferson & Wisdom, LLP
   16000 N. Dallas Parkway; Suite 800
   Dallas, Texas  75248
   (214) 420-5500
   (214) 420-5501 (fax)
   dyer@mdjwlaw.com
   britt@mdjwlaw.com

3.  **Jury Demand**

    Yes.  Party:  Manuela Chacon.  Date:  March 21, 2016.

4.  **Answer**

    An Answer on behalf of Defendant has been filed on April 29, 2016.

5.  **Unserved Parties**

    None.

6.  **Nonsuited, Dismissed or Terminated Parties**

    N/A

7.  **Claims of the Parties**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
| --- | --- |
| Plaintiff | Negligence suit over personal injury, alleging injuries from a motor vehicle accident. |
| Davis & Davis Tire Repair and Truck Transporting, Inc. | Alleged to have been negligent in connection with the motor vehicle accident. |

*(signatures on next page)*

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By:   /s/Mark J. Dyer
     **MARK J. DYER**
     State Bar No. 06317500
     dyer@mdjwlaw.com
     **BENJAMIN D. BRITT**
     State Bar No. 24040577
     britt@mdjwlaw.com
     16000 N. Dallas Parkway; Suite 800
     Dallas, Texas 75248
     214-420-5510
     214-420-5501 (fax)

**ATTORNEYS FOR DEFENDANT
DAVIS & DAVIS TIRE REPAIR AND TRUCK
TRANSPORTING, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mailed, e-mailed, telecopied or hand delivered to all attorneys of record, in compliance with the FEDERAL RULES OF CIVIL PROCEDURE, on this the 4th day of May, 2016.

     /s/ Mark Dyer
     **Mark J. Dyer**