IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUELA CHACON,<br>*Plaintiff,*<br><br>v.<br><br>DAVIS & DAVIS TIRE REPAIR AND<br>TRUCK TRANSPORTING, INC.,<br>*Defendants.* | § § § § § § § § | CIVIL ACTION NO. 3:16-CV-1213-D |

## AGREED STIPULATION OF DISMISSAL

NOW COME **PLAINTIFF MANUELA CHACON** and **DEFENDANT DAVIS & DAVIS TIRE REPAIR AND TRUCK TRANSPORTING, INC.**, in the above-styled cause, and file this their Agreed Stipulation of Dismissal, asking that the Court dismiss all claims asserted by Plaintiff against Defendant with prejudice to the refiling of same, and for cause would show the Court the following:

That the Plaintiff and Defendant have resolved their differences and Plaintiff requests that the Court dismiss with prejudice all claims asserted by Plaintiff against Defendant in the above-styled cause, with each party paying their own court costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that the Court enter an Order dismissing all claims asserted by Plaintiff against Defendant with prejudice to the refiling of same and with each party paying their own court costs.

Respectfully submitted,

By: _____
**SPENCER P. BROWNE**
State Bar No. 24040589
REYES | BROWNE | REILLEY
5950 Berkshire Lane, Ste. 410
Dallas, Texas 75225
Tel:   214-526-7900
Fax:   214-526-7910
Email: spencer@reyeslaw.com

**ATTORNEYS FOR PLAINTIFFS**

By: _____
**MARK J. DYER**
State Bar No. 06317500
dyer@mdjwlaw.com
**BENJAMIN D. BRITT**
State Bar No. 24040577
britt@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
Tollway Plaza I
16000 N. Dallas Parkway
Suite 800
Dallas, Texas 75248
214-420-5510
214-420-5501 (fax)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on this the ~~22nd~~ 19th day of ~~August~~ September 2017.

_____
**SPENCER P. BROWNE**